UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FELIX LUIS RODRIGUEZ,**

    **Plaintiff,**

v.                                                 Case No. 5:19cv373-TKW-MJF

**MARK INCH, et al.,**

    **Defendants.**

_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19).  No objections were filed.  Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge that this case is due to be dismissed based on Plaintiff's failure to comply with the Order directing him to file a third amended complaint on the proper form and the Order requiring him to show cause why the case should not be dismissed because of his failure to comply with the prior Order.

The Court did not overlook the "third amended complaint" docketed after the Report and Recommendation was issued.  *See* Doc. 20 (stricken and re-docketed as Doc. 1 in Case No. 4:20cv319-WS-MAF).  However, as explained in the Deficiency Order issued by the magistrate judge (Doc. 23), the "third amended complaint"

asserts what amounts to an entirely different suit.  Thus, to date, Plaintiff has still not complied the Orders entered by the magistrate judge.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted by the Court and incorporated into this Order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 13th day of July, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**